UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

_____ DIVISION

Johnathon Watkins
_____
_____
_____
(Enter the full name of the Plaintiff[s] in this action)

vs.

Smithfield Packaged Meats Corp C/O Eileen Henderson Esq Hunton Andrews Kurth LLP
_____

(Enter the full name of ALL Defendant[s] in this action. Fed. R. Civ. P. 10(a) requires that the caption of the complaint include the names of all the parties. Merely listing one party and "et al." is insufficient. Please attach additional sheets if necessary.)

Case No. 4:23-cv-4043
(To be assigned by Clerk of District Court)

## COMPLAINT

I. State the grounds for filing this case in Federal Court (include federal statutes and/or U.S. Constitution provisions, if you know them. Fed .R .Civ. P. 8(a)(1) requires a short and plain statement of the grounds for the court's jurisdiction.):

Was working in Smithfield for less then 90 days, when I was approached on various occasions with sexual questions and statements, and actions from my training individual Beekam, and his co-worker Susan. Also I was threaten by another co-worker (Beekams friend), and was Beekam attempted to cause and accident. After I went to human resources, three times. I was told from Human Resources that I didn't have any rights to moved to another department. The two accused force there way into a one-person restroom when myself was in there using the restroom and warming-up. When they came in Beekam pulled his private area out, I immediately left the restroom.

II. Plaintiff, Johwathan Watkins resides at
1818 3rd Street Apt 211
(street address)
Sioux Falls, Minnehaha,
(city)         (county)
South Dakota, 57104, 605-370-3169
(state)   (zip)   (telephone number)

(If more than one plaintiff, provide the same information for each plaintiff below)

III. Defendant, Bee Kam resides at, or its business is located at
1400 N. Weber Ave
(street address)
Sioux Falls, Minnehaha,
(city)         (county)
South Dakota 57103, 605-338-8200
(state)   (zip)   (telephone number)
(If more than one defendant, provide the same information for each defendant below)

Dusan

1400 N. Weber Ave
Sioux Falls Minnehaha
South Dakota 57103 605-338-8200

2

DSD 12-12

IV. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

Beckam - ① Asked me twice was I gay (two difference occanisons

(2) Invade a single Restroom and pulled his private out.

(3) Going to break, put his arm around me, and stated a co-worker is going to drink his milk for break.

(4) Attempt to cause an forklift accident after I reported to Human Resources.

Dusan - ① Like winking at me, daily.

② Walked in on me using the Restroom.

V. Relief (State briefly and exactly what you want the Court to do for you.)

I would like the courts to review the vidio of there actions, and I would like to be reinbursted my wages from Smithfield.

3

VI. **MONEY DAMAGES:**

    A) Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

        YES [ ✓ ]        NO [ ]

    B) If your answer to "A" is YES, state below the amount claimed and the reason[s] you believe you are entitled to recover such monetary damages.

    I was forced out by these two "NASTY" Employees. And Human Resources Acepted there behavior. I went to Human Resources three times on this subject.

VII. Do you maintain that the wrongs alleged in the complaint are continuing to occur at the present time?

        YES [ ]        NO [ ✓ ]

VIII. Are you requesting a Jury Trial?

        YES [ ✓ ]        NO [ ]

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 20 day of MARCH, 2023

                                            Signature of Plaintiff[s]

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Johnathon Watkins

**DEFENDANTS**
Beckam, Dusan

**(b)** County of Residence of First Listed Plaintiff: Minnehaha
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Minnehaha
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*: Eileen Henderson Esq, Hunton Andrews Kurth LLP

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [X] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [X] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**TORTS - PERSONAL INJURY**: [X] 367 Health Care/Pharmaceutical Personal Injury Product Liability

**CIVIL RIGHTS**: [X] 442 Employment

**LABOR**: [X] 710 Fair Labor Standards Act

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause: Sexual Harassment / Falsely Firing

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
- DEMAND $ 100,000.00
- JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE: _____ DOCKET NUMBER: _____

DATE: _____
SIGNATURE OF ATTORNEY OF RECORD: _____

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____