UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| JOHNATHON WATKINS,<br><br>    Plaintiff,<br><br> vs.<br><br>SMITHFIELD PACKAGED MEATS CORP.; BEEKAM; DUSAN,<br><br>    Defendants. | 4:23-CV-04043-KES<br><br>JUDGMENT |

Under the Order Granting Plaintiff's Motion for Leave to Proceed in Forma Pauperis and 1915 Screening for Dismissal, it is

ORDERED, ADJUDGED, AND DECREED that Johnathon Watkins's complaint (Docket 1) is dismissed without prejudice.

Dated July 13, 2023.

       BY THE COURT:

       /s/ *Karen E. Schreier*
       KAREN E. SCHREIER
       UNITED STATES DISTRICT JUDGE