UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

_____

No: 23-2649
_____

Johnathon Watkins

Plaintiff - Appellant

v.

Smithfield Packaged Meats Corp.; Beekam; Dusan

Defendants - Appellees

_____

Appeal from U.S. District Court for the District of South Dakota - Southern
(4:23-cv-04043-KES)

_____

**JUDGMENT**

Before GRUENDER, ERICKSON, and KOBES, Circuit Judges.

    This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

    After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

August 24, 2023

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

    /s/ Michael E. Gans